UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WADE WILKERSON, on behalf of himself and
all others similarly situated,

        Plaintiff,

        v.                        Case No. 21-C-92

NATIONAL PACKAGING SERVICES CORPORATION,

        Defendant.

---

## ORDER APPROVING SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE

---

    Plaintiff Wade Wilkerson, on behalf of himself and all others similarly situated, and Defendant National Packaging Services Corporation have entered into a full settlement agreement of Plaintiff's Fair Labor Standards Act and Wisconsin Wage Payment and Collection Law claims. No collective or class has been certified in this action, and as such, the settlement only addresses Wilkerson's claims against Defendant. The parties now seek the Court's approval of their settlement. The Court has reviewed the settlement agreement attached to the joint motion for settlement and hereby finds that the settlement represents a fair and reasonable resolution of the bona fide dispute over the alleged violations. Therefore, the parties' joint motion for settlement and stipulation for dismissal with prejudice (Dkt. No. 29) is **GRANTED**. The settlement is approved and the case is dismissed with prejudice and without costs to any party.

    **SO ORDERED** at Green Bay, Wisconsin this 27th day of July, 2022.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge